# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Friends For Health v. PayPal, Inc., et al.  Case Number: 17-cv-01542

An appearance is hereby filed by the undersigned as attorney for:

Friends For Health: Supporting The North Shore Health Center and Terry Kass, Individially and behalf of all others similarly situated.

Attorney name (type or print): Claire Gorman Kenny

Firm: Moirano Gorman Kenny, LLC

Street address: 135 S. LaSalle St., Suite 3025

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6282981  Telephone Number: (312)614-1270
(See item 3 in instructions)

Email Address: cgkenny@mgklaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.  ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/28/17

Attorney signature:  S/ Claire Gorman Kenny
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015