## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Friends For Health v. PayPal, Inc., et al.

Case Number: 17-cv-01542

An appearance is hereby filed by the undersigned as attorney for:
Friends For Health: Supporting The North Shore Health Center and Terry Kass, Individially and behalf of all others similarly situated

Attorney name (type or print): Michael H. Moirano

Firm: Moirano Gorman Kenny, LLC

Street address: 135 S. LaSalle St., Suite 3025

City/State/Zip: Chicago, IL 60603

Bar ID Number: 3125367
(See item 3 in instructions)

Telephone Number: (312)614-1275

Email Address: mmoirano@mgklaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/28/17

Attorney signature: S/ Michael H. Moirano
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015