UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRIENDS FOR HEALTH: SUPPORTING ) <br> THE NORTH SHORE HEALTH CENTER, ) <br> et al., individually and on behalf of all ) <br> others similarly situated, ) <br>                 Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> PAYPAL, INC., and PAYPAL ) <br> CHARITABLE GIVING FUND, ) <br> ) <br>                 Defendants. ) | Case No. 1:17-cv-01542 <br> Honorable Robert W. Gettleman |

**DEFENDANTS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

      Defendants PayPal, Inc. and PayPal Charitable Giving Fund (collectively, "Defendants"), with the agreement of Plaintiffs' counsel, hereby move for a 14-day extension of time to answer or otherwise respond to the Complaint. In support of their motion, Defendants state as follows:

      1.    Defendants were served with the Complaint on March 6, 2017. On March 17, 2017, Defendants filed a Motion for Extension of Time, which was granted on March 24, 2017. Defendants response to the Complaint is currently due on April 24, 2017.

      2.    Defendants and their counsel are continuing the process of investigating the underlying facts and applicable law related to the case and such investigation will assist in and is important to the preparation of a response to the Complaint. Accordingly, Defendants request a 14-day extension of time to May 8, 2017.

      3.    Defendants previously requested one extension of time in this matter, and this request for an additional short extension is not being made for any improper purpose or intended to cause undue delay.

4. Defendants' counsel consulted with Plaintiffs' counsel prior to filing this motion, and Plaintiffs' counsel indicated that they have no objection to the requested extension.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for an Extension of Time to Answer or Otherwise Respond to May 8, 2017.

DATED: April 12, 2017            Respectfully submitted,

By: /s/ Mark B. Blocker
Mark B. Blocker
mblocker@sidley.com
Kathleen L. Carlson
kathleen.carlson@sidley.com
Ashley Dalmau Holmes
adalmauholmes@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 12, 2017, I filed the foregoing with the United States District Court for the Northern District of Illinois using the e-filing system, which will send notice to all counsel of record.

                                                    /s/ Kathleen L. Carlson

ACTIVE 220841339