# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRIENDS FOR HEALTH: SUPPORTING ) <br> THE NORTH SHORE HEALTH CENTER, ) <br> an Illinois nonprofit corporation, DC ) <br> CENTRAL KITCHEN, a District of ) <br> Columbia nonprofit corporation, ) <br> HIGHLAND PARK-HIGHWOOD LEGAL ) <br> AID CLINIC, an Illinois nonprofit ) <br> corporation, PROGRAM FOR EARLY ) <br> PARENT SUPPORT, a Washington ) <br> nonprofit corporation, KOL HADASH ) <br> HUMANISTIC CONGREGATION, ) <br> an Illinois nonprofit corporation, and ) <br> TERRY KASS individually and on behalf ) <br> of all others similarly situated, ) <br>                      Plaintiffs, ) <br>                       ) <br>                 v. ) <br>                       ) <br> PAYPAL, INC., and PAYPAL ) <br>    CHARITABLE GIVING FUND, ) <br>                       ) <br>                    Defendants. ) | Case No. 1:17-cv-01542 <br><br> Honorable Robert W. Gettleman |

**List of Exhibits Submitted in Connection With**
**PayPal, Inc.'s and PayPal Charitable Giving Fund's Motion**
<u>**to Stay Proceedings and Compel Individual Arbitration**</u>

| **Exhibits Attached to PayPal, Inc.'s and PayPal Charitable Giving Fund's Motion to Stay Proceedings and Compel Individual Arbitration** | |
|---|---|
| Exhibit A | Declaration of Michelle Squires |
| **Exhibits Attached to the Declaration of Michelle Squires** | |
| Exhibit 1 | PayPal User Agreement Historical Policy Updates |
| Exhibit 2 | October 17, 2012 E-mail re: Notice of Policy Updates |
| Exhibit 3 | PayPal User Agreement effective November 1, 2012 |

| | |
|---|---|
| Exhibit 4 | PayPal User Agreement effective February 13, 2004 |
| Exhibit 5 | PayPal User Agreement effective October 22, 2013 |
| Exhibit 6 | PayPal User Agreement effective May 1, 2015 |
| Exhibit 7 | PayPal User Agreement effective October 30, 2015 |
| Exhibit 8 | PayPal User Agreement effective October 19, 2016 |
| Exhibit 9 | PayPal User Agreement effective July 27, 2017 |