**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FRIENDS FOR HEALTH: SUPPORTING THE NORTH SHORE HEALTH CENTER, an Illinois nonprofit corporation, DC CENTRAL KITCHEN, a District of Columbia nonprofit corporation, HIGHLAND PARK-HIGHWOOD LEGAL AID CLINIC, an Illinois nonprofit corporation, PROGRAM FOR EARLY PARENT SUPPORT, a Washington nonprofit corporation, KOL HADASH HUMANISTIC CONGREGATION, an Illinois nonprofit corporation, and TERRY KASS, individually and on behalf of all others similarly situated, | Case No. 1:17-cv-01542  Hon. Robert W. Gettleman |
| *Plaintiffs*, | |
| *v.* | |
| PAYPAL, INC., a Delaware corporation, and PAYPAL CHARITABLE GIVING FUND, a Delaware nonprofit corporation, | |
| *Defendants*. | |

**_UNOPPOSED_ MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL OF RECORD FOR PLAINTIFF TERRY KASS**

Pursuant to Local Rule 83.17, attorneys Jay Edelson, Sydney Janzen, Christopher Dore, Ari Scharg, and Benjamin Richman hereby move for leave to withdraw as counsel of record for Plaintiff Terry Kass ("Kass"), and state as follows:

1.      Plaintiff Kass is represented in this case by counsel of record from two law firms: Jay Edelson, Sydney Janzen, Christopher Dore, Ari Scharg, and Benjamin Richman of Edelson PC ("Movants") and Michael Moirano and Claire Kenny of Moirano Gorman Kenny, LLC.

2.      Movants have represented Plaintiff Kass together with co-counsel Mr. Moirano and Ms. Kenny since the inception of this case.

3.      With the consent of Plaintiff Kass, Movants seek to withdraw from representing her in this matter.

4.      Mr. Moirano and Ms. Kenny will continue to represent Plaintiff Kass.

5.      Movants will continue to represent the other named-plaintiffs and their putative classes.

6.      Movants have conferred with Plaintiff Kass, Mr. Moirano and Ms. Kenny, and counsel for Defendants. There are no objections to this motion.

WHEREFORE, Movants respectfully request that the Court enter an order granting (1) leave to withdraw as counsel of record for Plaintiff Terry Kass, and (2) such other and further relief as the Court deems appropriate.

                              Respectfully submitted,


Dated: February 27, 2018           By: /s/ Ari J. Scharg
                                      One of Plaintiffs' attorneys

                              Jay Edelson
                              jedelson@edelson.com
                              Ari J. Scharg
                              ascharg@edelson.com
                              Benjamin H. Richman
                              brichman@edelson.com
                              Christopher L. Dore
                              cdore@edelson.com
                              Sydney M. Janzen
                              sjanzen@edelson.com
                              EDELSON PC
                              350 North LaSalle Street, 13th Floor
                              Chicago, Illinois 60654
                              Telephone: (312) 589-6370
                              Fax: (312) 589-6378

Michael H. Moirano
mmoirano@mgklaw.com
Claire G. Kenny
cgkenny@mgklaw.com
MOIRANO GORMAN KENNY, LLC
135 South LaSalle Street, Suite 3025
Chicago, Illinois 60603
Tel: 312.614.1260

*Attorneys for Plaintiffs and the Putative Classes*

## **CERTIFICATE OF SERVICE**

I, Ari J. Scharg, an attorney, certify that on February 27, 2018, I served the above and foregoing ***Unopposed Motion for Leave to Withdraw as Counsel of Record for Plaintiff Terry Kass***, by causing true and accurate copies of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Ari J. Scharg