# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Friends for Health: Supporting The North Shore
Health Center, et al.

                                        Plaintiff,

v.                                             Case No.: 1:17−cv−01542
                                                     Honorable Robert W. Gettleman

PayPal, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 28, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman: Status and motion hearing held on 5/28/2019. Plaintiffs' counsel's oral motion to withdraw and plaintiffs' motion to vacate dismissal and for immediate reinstatement of the case including the stay pending arbitration and approval of voluntary withdrawal of plaintiffs' counsel [68] are granted. The court vacates its order entered on 5/21/2019 [66] and reinstates this case. The court stays proceedings to allow plaintiffs to arbitrate. Status hearing set for 1/30/2020 at 9:00 a.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.