# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Friends for Health: Supporting the North Shore Health Center, et al.,

Plaintiff(s),

v.

PayPal, Inc., et al.,

Defendant(s).

Case No. 17 C 1542
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendants PayPal, Inc. and PayPal Charitable Giving Fund, and against plaintiffs Friends for Health: Supporting the North Shore Health Center, DC Central Kitchen, Highland Park-Highwood Legal Aid Clinic, Program for Early Parent Support, and KOL Hadash Humanistic Congregation.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion

Date: 9/14/2022                                      Thomas G. Bruton, Clerk of Court

                                                                                             /s/ Ruth O'Shea, Deputy Clerk