# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

_signature_

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

July 27, 2023

Before

**ILANA DIAMOND ROVNER**, *Circuit Judge*
**DAVID F. HAMILTON**, *Circuit Judge*
**MICHAEL Y. SCUDDER**, *Circuit Judge*

| No. 22-2575 | TERRY KASS, individually and on behalf of all others similarly situated,<br>    Plaintiff - Appellant<br>v.<br>PAYPAL INC., a Delaware corporation, and PAYPAL CHARITABLE GIVING FUND, a Delaware nonprofit corporation,<br>    Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-01542<br>Northern District of Illinois, Eastern Division<br>District Judge Martha M. Pacold ||

Because Kass offered evidence that flatly denied that she received the notice from PayPal of the mandatory arbitration clause, Illinois law requires that a trier of fact decide whether she received the notice. The judgment of the district court is **VACATED** and the case is **REMANDED** for a trial on that issue and such further proceedings as may be necessary, consistent with this opinion.

The above is in accordance with the decision of this court entered on this date. Plaintiff Kass to recover her costs on this appeal.

_signature_

Clerk of Court